# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

YVONNE ROSITA OBLIA,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Commissioner of Social Security,

    Defendant.

Case No.: 1:18-cv-01280-GSA

ORDER DIRECTING AMENDMENT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Plaintiff Yvonne Rosita Oblia moves to proceed without prepayment of filing fees in this case. Upon review, the Court notes that Plaintiff's response to the question 4(b) of the filed affidavit omits the name and address of Plaintiff's last employer and lists her last salary as "$4,0000 a month." The Court hereby directs Plaintiff to supplement and correct her response to question 4(b) and resubmit her application on or before October 10, 2018.

IT IS SO ORDERED.

    Dated: __**September 24, 2018**__            __**/s/ Gary S. Austin**__
                                                                          UNITED STATES MAGISTRATE JUDGE