MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| YVONNE OBLIA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01280-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 3 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S LETTER BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 3 additional days to respond to Plaintiff's confidential letter brief. The current due date is April 19, 2019. The new due date will be April 22, 2019.

This is Defendant's first request for an extension of time to respond to Plaintiff's letter brief and the first request in this case overall. There is good cause for this request. Since the filing of Plaintiff's letter brief, Defendant's counsel has been addressing a full workload and backlog of district court cases and other matters. A number of these cases had been previously extended multiple times by either Plaintiff or Defendant. Defendant's counsel has shifted and is

continuing to shift many of her cases to avoid missing the deadlines of her cases and minimize further delay of her older cases to which she is giving priority where possible.  In addition, Defendant's counsel had at least eight district court merits briefs or oral arguments, in addition to other matters, with deadlines between April 1 to April 19, 2019.  Defendant's counsel unintentionally missed the deadline to respond to Plaintiff's confidential brief on April 19, 2019.  Defendant apologizes for this oversight and tardy request for an extension of time.

     Thus, Defendant is respectfully requesting additional time up to and including April 22, 2019, to respond to Plaintiff's letter brief.  This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: April 22, 2019     LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Denise Bourgeois Haley by C.Chen\**
(As authorized by email on 4/22/2019)
DENISE BOURGEOIS HALEY
Attorneys for Plaintiff

Date: April 22, 2019     MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

   Dated:  **April 22, 2019**       **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE