1 Denise Bourgeois Haley
2 Attorney at Law: 143709
  12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
  Tel: (562)437-7006
4 Fax: (562)432-2935
5 E-Mail: rohlfing.office@rohlfinglaw.com
  Attorneys for Plaintiff
6 YVONNE ROSITA OBLIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVONNE ROSITA OBLIA | Case No.: 1:18-cv-01280-GSA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, | (SECOND REQUEST) |
| Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Yvonne Rosita Oblia and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from May 21, 2019 to June 21, 2019 for Plaintiff to file an opening brief, with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's second request for extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. The first extension was requested because the matter had been reassigned to another attorney in the firm.

1 | That attorney's schedule required return of the motion and counsel will be out of
2 | town beginning May 31, 2019, to June 13, 2019. Counsel has been inundated with
3 | hearings which is why the matter was originally reassigned. Counsel will work
4 | zealously to complete this motion as soon as possible; however, in the interim,
5 | counsel respectfully requests this extension in good faith.

DATE: May 23, 2019                    Respectfully submitted,

                                         LAWRENCE D. ROHLFING

                                         /s/ *Denise Bourgeois Haley*

                      BY: _____
                             Denise Bourgeois Haley
                             Attorney for plaintiff Ms. Yvonne Rosita Oblia

DATE: May 23, 2019

                                      MCGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel
                                      Social Security Administration

                                       /s/ *Carolyn B. Chen*

                      BY: _____
                             Carolyn B. Chen
                             Special Assistant United States Attorney
                             Attorneys for defendant Nancy A. Berryhill
                             Acting Commissioner of Social Security
                             |*authorized by e-mail|

IT IS SO ORDERED.

   Dated: **June 3, 2019**                   _____**/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE