# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ROSITA OBLIA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,[1] Commissioner of Social Security,<br><br>Defendant. | No. 1:18-cv-01280-GSA<br><br>**ORDER VACATING<br>ORDER TO SHOW CAUSE**<br><br>**Docs. 18, 19 and 20** |

On July 1, 2019, the Court issued an order to show cause why the above-captioned case should not be dismissed following Plaintiff's failure to file her opening brief in compliance with the parties' stipulation to enlarge time filed June 4, 2019. On July 15, 2019, Plaintiff responded to the order to show cause and filed her opening brief.

Accordingly, the Order to Show Cause is hereby VACATED.

IT IS SO ORDERED.

Dated: **July 18, 2019**        **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner of Social Security Andrew Saul is substituted as Defendant pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).