MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

|  |  |
|---|---|
| YVONNE OBLIA,<br><br>      Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:18-cv-01280-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 45 additional days to respond to Plaintiff's opening brief. The current due date is August 14, 2019. The new due date will be September 28, 2019.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

This is Defendant's first request for an extension of time for briefing and the third request in this case overall. There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel has worked on various district court cases and other substantive non-court matters, some of which were unanticipated and required immediate attention, and some of which required more time to complete than anticipated. Counsel also went on pre-approved leave for multiple days and has at least 25 district court matters scheduled between August 14, 2019, to September 28, 2019. Some of the cases have been previously extended by other plaintiffs or Defendant, and counsel is prioritizing older cases while trying to avoid making multiple requests for extension where possible. She requires additional time to review the record, to evaluate the issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including September 28, 2019, to respond to Plaintiff's opening brief. This request is made in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the delay and any inconvenience caused by the delay.

///
///
///
///
///
///
///
///
///
///
///
///
///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: August 13, 2019                    LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Denise Bourgeois Haley by C.Chen**
(As authorized by email on 8/13/2019)
DENISE BOURGEOIS HALEY
Attorneys for Plaintiff

Date: August 13, 2019                    MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **August 13, 2019**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

3